# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TRAVIS KIRO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JIAHERB, INC.,<br><br>　　　　Defendant. | CV 14-2484-RSWL-PLAx<br><br>**JUDGMENT** |

　　This case came for trial on July 9, 2019, before the Honorable Ronald S.W. Lew presiding in Courtroom 6C.  Cory Fein appeared as counsel on behalf of and with Plaintiff and Relator Travis Kiro ("Relator"), and John Kinn and Nathan Lee appeared as counsel on behalf of Defendant Jiaherb, Inc. ("Defendant").

　　**WHEREAS**, a jury having been sworn, the Court having heard testimony, documentary evidence, and arguments of

counsel, and good cause having been shown after Relator rested his case;

**WHEREAS**, on July 12, 2019, the Court granted Defendant's Motion for Judgment as a Matter of Law [127];

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Defendant. This Action is hereby dismissed in its entirety and Defendant shall receive costs from Relator in amounts to be fixed by the Court Clerk. Defendant may seek to recover its attorneys' fees by statutory motion to the Court after entry of this Judgment.

**IT IS SO ORDERED.**

DATED: August 13, 2019       s/ RONALD S.W. LEW
                                                **HONORABLE RONALD S.W. LEW**
                                                Senior U.S. District Judge